NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**M.Z. BERGER & CO., INC.,**
*Appellant,*

v.

**SWATCH AG (SWATCH SA) (SWATCH LTD.),**
*Cross-Appellant.*

2014-1219, -1220

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Opposition No. 91187092.

**ON MOTION**

**O R D E R**

M.Z. Berger & Co., Inc. moves to stay the briefing schedule pending resolution of the motion to dismiss Swatch AG's cross-appeal, to which Swatch consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. M.Z. Berger & Co., Inc.'s opening brief shall be due within 45 days from the date of filing of the court's order disposing of the motion to dismiss the cross-appeal.

(2) The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30