NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**M.Z. BERGER & CO., INC.,**
*Appellant,*

v.

**SWATCH AG (SWATCH SA) (SWATCH LTD.),**
*Appellee.*

---

14-1219
(Serial no. 77/222,620 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellee Swatch AG (Swatch SA) (Swatch Ltd.) unopposed motion to extend time to file their principal brief until July 21, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                                                  FOR THE COURT

May 8, 2014                        <u>/s/ Daniel E. O'Toole</u>
                                          Daniel E. O'Toole
                                          Clerk of Court